# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYLAN PIZZOLATO

  CONSOLIDATED WITH

PRISCILLA NOEL LEFEBURE

VERSUS

DYLAN JACOB PIZZOLATO

NO. 2021 CW 1608

**MARCH 14, 2022**

---

In Re:    Katherine Reznik Benoit, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217897 c/w 218072.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT GRANTED WITH ORDER.** The family court's November 24, 2021 order which denied the motion to seal *in forma pauperis* exhibit filed by Katherine Benoit is reversed. Courts have noted that income tax returns are confidential in nature and are of a personal character. **Stolzle v. Safety & Sys. Assur. Consultants, Inc.,** 2002-1197 (La. 5/24/02), 819 So.2d 287, 289. Accordingly, the family court abused its discretion in denying the motion to seal the income tax return of Katherine Benoit. The motion to seal is granted, and this matter is remanded to the family court with instructions to seal the income tax return of Katherine Benoit attached to her motion to proceed *in forma pauperis.*

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT